IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMY COULTER                                                                                  PLAINTIFF

v.                                                Case No. 6:26-cv-06027

FRANK BISIGNANO,
Commissioner of Social Security                                                     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on July 7, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Neither party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds the matter ripe for consideration.

On March 10, 2026, Plaintiff Amy Coulter filed a complaint against Defendant Frank Bisignano, Acting Commissioner of the Social Security Administration. ECF No. 2. In her complaint, Plaintiff sought review of the decision denying her claim for a period of disability, disability insurance benefits ("DIB"), and supplemental security income ("SSI") benefits under Titles II and XVI of the Social Security Act. *Id.* at 2. On July 6, 2026, Defendant filed an unopposed motion to reverse and remand the final administrative decision in this action pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 10. Defendant states that it conferred with Plaintiff, who advises that she does not oppose Defendant's motion.

In the instant Report and Recommendation, Judge Comstock recommends that Defendant's Unopposed Motion to Remand under Sentence Four (ECF No. 10) be granted, and that Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 11.

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, the Court finds that Defendant's Unopposed Motion to Remand under Sentence Four (ECF No. 10) should be and hereby is **GRANTED**.  Plaintiff's case is hereby **REVERSED AND REMANDED** to the Social Security Administration for further review, in accordance with 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 24th day of July, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge