IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMY COULTER PLAINTIFF

v. Case No. 6:26-cv-06027

FRANK J. BISIGNANO,
Commissioner of Social Security DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation ("R&R") issued on September 21, 2026, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Comstock recommended that Plaintiff's Unopposed Motion for Attorney's Fees be granted, and that Plaintiff be awarded $8,807.00 in attorney's fees. ECF No. 16, at 4.

No party has filed objections to the R&R, and the time to object has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 16) in its entirety. Accordingly, the Court finds that Plaintiff's Unopposed Motion for Attorney's Fees (ECF No. 14) is hereby **GRANTED**. The Court awards Plaintiff attorney's fees totaling **$8,807.00**.

**IT IS SO ORDERED**, this 12th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge